UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


*09-680*

**UNITED STATES v. SALEEM GREEN**

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Saleem Green (SBI No.: 000462163C)** is now confined at the **Essex County Correctional Facility.**

2. Said individual will be required at **Newark, New Jersey,** before the **Hon. Stanley R. Chesler,** U.S. District Judge, on **December 7, 2009, at 11:30 a.m.,** for an **arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 2, 2009

JOSEPH MACK
Assistant U.S. Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: 12/2/09

Hon. Stanley R. Chesler, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Essex County Correctional Facility**
WE COMMAND YOU that you have the body of

**Saleem Green (SBI No.: 000462163C),**

now confined at the **Essex County Correctional Facility**, brought before the United States District Court, the **Hon. Stanley R. Chesler**, U.S. District Judge, in the **U.S. Courthouse** in **Newark**, on **December 7, 2009 at 11:30 a.m.,** for an **arraignment** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 12/2/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk