UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 09-680 |
| SALEEM GREEN | : | <u>ORDER UNSEALING CASE</u> |
| | : | |

This matter having come before the Court upon the application of the United States of America (Joseph Mack, Assistant U.S. Attorney, appearing), for an order unsealing the indictment filed in the above-captioned case, and good cause having been shown,

IT IS, on this _____ day of December, 2009,

ORDERED that the Indictment filed under seal in this case on September 10, 2009, and the case itself be and hereby are UNSEALED and placed in the public record.

_____
HON. STANLEY R. CHESLER
United States District Judge