UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Hon. Stanley R. Chesler
                                             Crim. No. 09-680
                    v.            :

SALEEM GREEN                      :          CONTINUANCE ORDER


          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Joseph Mack, Assistant U.S. Attorney),
and defendant Saleem Green (by Champ Goldman, Esq.) for an order
granting a continuance of the proceedings in the above-captioned
matter, and the defendant being aware that he has a right to have
the matter brought to trial within 70 days of the date of his
appearance before a judicial officer of this court pursuant to
Title 18 of the United States Code, Section 3161(c)(1), and as
the defendant has consented to an additional continuance, and for
good and sufficient cause shown,

          IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

          1.   Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.  Defendant has consented to the aforementioned continuance; and

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___30___ day of March 2010,

IT IS ORDERED that the period from April 5, 2010 through June 7, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

MARTIN GOLDMAN, Esq.
Counsel for defendant Saleem Green