UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley Chesler |
| v. | : | Crim. No. 09-680 |
| SALEEM GREEN | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Joseph Mack, Assistant U.S. Attorney, appearing), and defendant SALEEM GREEN (Martin Goldman, Esq. and Ilene J. McFarland, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress and have been ongoing for several months, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2 day of December, 2010,

ORDERED that this action be, and hereby is, continued for sixty (60) days; and it is further

ORDERED that the period from December 11, 2010 through the date of this order through February 11, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

MARTIN GOLDMAN, Esq.
ILENE J. MCFARLAND, Esq.
Counsel for defendant SALEEM GREEN

-2-